## FLAMINGO FILM CO. v. WORLD FILM CORP.

(Supreme Court, Appellate Division, First Department. May 5, 1916.)

DISCOVERY ⊆⇒49,. 84—CORPORATION—BOOKS AND PAPERS—STATUTE.

Under Code Civ. Proc. § 872, subd. 7, as amended by Laws 1911, c. 781, and Laws 1913, c. 278, providing for examination before trial, plaintiff, on its order for examination of defendant corporation was entitled to examine defendant by its officers or managing agent, and to require the production of books and papers to be received in evidence.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. §§ 63, 108; Dec. Dig. ⊆⇒49, 84.]

Appeal from Special Term, New York County.

Action by the Flamingo Film Company against the World Film Corporation. From an order denying a motion to vacate an order for the examination of defendant before trial, in so far as such order for examination was thereby modified, plaintiff appeals. Modified and affirmed.

Argued before CLARKE, P. J., and McLAUGHLIN, LAUGHLIN, SMITH, and PAGE, JJ.

Royal E. T. Riggs, of New York City, for appellant.
William Klein, of New York City, for respondent.

PER CURIAM. Under the provisions of the Code of Civil Procedure (section 872, subd. 7, as amended by Laws 1911, c. 781, and Laws 1913, c. 278), the plaintiff is entitled to examine the defendant corporation by its officers or managing agent, and to require the production of books and papers, which may be offered and received in evidence.

The order appealed from is therefore modified, by striking out that portion which states that defendant is not required to produce its books and papers, and, as so modified, affirmed, without costs. Settle order on notice.